CHARLES HORTMAN, APPELLANT, v. J. H. MORRIS COMPANY, RESPONDENT.

Argued October 25, 1932—Decided January 5, 1933.

For the appellant, *Frank I. Casey.*

For the respondent, *James J. McGoogan.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court, and printed in 10 *N. J. Mis. R.* 262.

*For affirmance*—The Chancellor, Trenchard, Lloyd, Bodine, Donges, Brogan, Heher, Van Buskirk, Kays, Hetfield, Dear, Wells, Kerney, JJ.   13.

*For reversal*—None.